ALICIA A.G. LIMTIACO
United States Attorney
MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL:   (671) 472-7332
FAX:   (671) 472-7215
RUSSELL H. LORFING
Assistant United States Attorney
P.O. Box 500377
Horiguchi Building, Third Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

F I L E D
Clerk
District Court
SEP 11 2015
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**TIM BLYTH**,

    Defendant.

Case 1:13-cr-00002-002

**ORDER GRANTING
UNITED STATES' UNOPPOSED
MOTION TO DISMISS WITH
PREJUDICE**

1   Before the Court is the United States' Unopposed Motion to Dismiss with Prejudice
2   (ECF 196).  For cause shown, the motion is GRANTED.  Accordingly, the Indictment against
3   Defendant Tim Blyth is hereby dismissed with prejudice.

    SO ORDERED on September 11, 2015.

                                                      RAMONA V. MANGLONA
                                                    CHIEF JUDGE