F I L E D
Clerk
District Court

FEB 02 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case 1:13-cr-00002 |
| Plaintiff, | |
| vs. | **ORDER GRANTING**<br>**UNITED STATES' UNOPPOSED**<br>**MOTION TO DISMISS WITH**<br>**PREJUDICE** |
| **GEORGE QUE**, | |
| Defendant. | |

1  Before the Court is the United States' Unopposed Motion to Dismiss with Prejudice

2  (ECF 198).  For cause shown, the motion is GRANTED.  Accordingly, the Indictment against

3  Defendant George Que is hereby dismissed with prejudice.

SO ORDERED on February 2, 2016.

_____
RAMONA V. MANGLONA
CHIEF JUDGE